UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANREASMEY PRUM,<br><br>                Petitioner,<br><br>        v.<br><br>JEFF MACOMBER,<br><br>                Respondent. | No. 2:15-cv-0905 TLN CKD P<br><br><br>ORDER |

Petitioner is proceeding pro se and in forma pauperis with a petition pursuant to 28 U.S.C. § 2254. The petition has been fully briefed. Before the court is petitioner's motion for judicial notice of two jury instructions given in the criminal trial that resulted in his 2009 conviction. (ECF No. 18.) Respondent has not opposed the motion.

On June 2, 2015, the court directed respondent to file a response to the petition "accompanied by all transcripts and other documents relevant to the issues presented in the petition." (ECF No. 8.) Such records include the jury instructions given at petitioner's criminal trial. (See ECF No. 16.) Because the court routinely takes judicial notice of all such relevant records from the state criminal proceedings underlying the challenged conviction in a § 2254 action, petitioner's motion will be denied as moot.

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner's motion for judicial notice (ECF
2 No. 18) is denied as moot.
3 Dated: February 1, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / prum0905.ord