UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANREASMEY PRUM, | No. 2:15-cv-0905 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| JEFF MACOMBER, | |
| Respondent. | |

On August 18, 2016, petitioner filed a request for reconsideration of the August 9, 2016 judgment denying the petition for writ of habeas corpus and declining to order a certificate of appealability.

A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). *See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Id.* at 1263. Here, the Court's decision was not clearly erroneous nor manifestly unjust, and none of the other factors apply.

////

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that petitioner's motion for reconsideration (ECF No. 24) is denied.

Dated: January 4, 2017

Troy L. Nunley
United States District Judge